# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN and DEBORAH BETZ, as Parents and Legal Guardians of I.B., a Minor, | : : : : | No. 4:15-cv-00851 (Judge Brann) |
| Plaintiffs, | : : : | |
| v. | : : | |
| ABBE SATTESON, SHIKELLAMY SCHOOL DISTRICT, PATRICK KELLEY, ERNIE JACKSON, and MARY MURPHY-KAHN, | : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 25th day of April, 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, ECF No. 19, is **GRANTED**.

2. The Clerk of Court is directed to enter final judgment in favor of the Defendants and close this case.

                              BY THE COURT:

                              s/ Matthew W. Brann
                              Matthew W. Brann
                              United States District Judge